G. EDWARD RUDLOFF, JR. (SBN 56058)
DIANNE J. MECONIS (SBN 120895)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-mail: erudloff@fgppr.com
dmeconis@fgppr.com

MATTHEW S. PONZI (*Pro Hac Vice*)
CHRISTOPHER M.H. SNOW (*Pro Hac Vice*)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
222 North LaSalle Street, Suite 1400
Chicago, IL 60601
Telephone: (312) 863-5000
Facsimile: (312) 863-5099
E-mail: mponzi@fgppr.com
csnow@fgppr.com

Attorneys for Defendant ALLIANZ GLOBAL RISKS US INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SM 10000 PROPERTY, LLC, a Delaware limited liability company and SWINERTON BUILDERS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 19-CV-03054-PJH<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DISCOVERY DATES SET FORTH IN CASE MANAGEMENT AND PRETRIAL ORDER DATED 9/12/2019 (ECF # 22)**<br><br>State Court Complaint Filed: May 1, 2019<br>Removal Date: June 3, 2019<br>Trial Date: February 1, 2021 |

///

///

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

After consideration of the Joint Motion of Plaintiffs SM 10000 Property, LLC and Swinerton Builders, Inc. and Defendant Allianz Global Risks US Insurance Company to extend the discovery dates set forth in this Court's CASE MANAGEMENT AND PRETRIAL ORDER dated 9/12/2019 (ECF # 22) (hereafter "CMC Order"), and finding good cause has been shown,

IT IS SO ORDERED:

The Joint Motion is granted, and the new discovery deadline are extended as follows:

| July 30, 2020 | Non-Expert Discovery Cut-Off Date |
| August 13, 2020 | Disclosure of retained and non-retained experts |
| August 31, 2020 | Disclosure of rebuttal experts |
| October 21, 2020 | Expert discovery cut-off date |

DATED: _____March 30, 2020_____   /s/ Phyllis J. Hamilton
THE HONORABLE PHYLLIS J. HAMILTON
United States Chief District Court Judge