UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SM 10000 PROPERTY, LLC, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY,<br><br>  Defendant. | Case No. 19-cv-03054-PJH<br><br>**ORDER DIRECTING THE PARTIES TO FILE AN AMENDED PROTECTIVE ORDER**<br><br>Re: Dkt. No. 51 |

The court is in receipt of the parties' stipulation and proposed protective order. Dkt. 51. The proposed order eliminates various important provisions detailed in this district's model protective order for standard litigation. Such provisions include the following: Section 5.1's requirement that the parties exercise restraint in their designations, Section 6.2's and 6.3's conditions for challenging a confidentiality designation prior to judicial intervention, Section 9's protections of a non-party's confidential information in a party's possession that is subject to production, and Section 12.3's conditions for filing protected material under seal. The proposed order fails to provide any substitute conditions for these removed provisions.

Accordingly, the court **DENIES** the parties' proposed order (Dkt. 51). The court **ORDERS** the parties to file a proposed order that reinserts materially similar language detailed in those sections of the model order noted above. Except those additions, the parties shall not make any other changes to the proposed order.

**IT IS SO ORDERED.**

Dated: August 31, 2020

                                           /s/ Phyllis J. Hamilton
                                           PHYLLIS J. HAMILTON
                                           United States District Judge