UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SM 10000 PROPERTY, LLC, et al.,

Plaintiffs,

v.

ALLIANZ GLOBAL RISKS US INSURANCE COMPANY,

Defendant.

Case No. 19-cv-03054-PJH

**ORDER EXTENDING CERTAIN PRETRIAL DATES**

Re: Dkt. No. 57

The court is in receipt of defendant's request to extend various dates set in its June 22, 2020 and August 24, 2020 pretrial orders. Dkt. 57. The court has reviewed plaintiffs' opposition to those requests. Dkt. 58. Good cause appearing, the court orders the following:

- The deadline to disclose rebuttal experts is extended to **November 16, 2020**.
- The expert discovery cut-off date is extended to **December 8, 2020**.
- The deadline for hearing dispositive motions is extended to **January 6, 2021**.

Except as specified immediately above, all dates, deadlines, and corresponding procedures set in the court's prior pretrial orders remain in effect.

**IT IS SO ORDERED.**

Dated: November 9, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge