EXHIBIT 41

**From:** Christopher Lape <christopher.lape@schindler.com>
**Sent:** Tuesday, March 29, 2016 4:34 PM
**To:** Keith Dancey
**Cc:** Gino Capra; Peter Ruiz
**Subject:** RE: 10K SM - Report on Elevator Damage
**Attachments:** 10K SM - CO 7.pdf; 10k Damage Report.pdf

Keith,
Please see the attached report from our high rise installation team. Also, as discussed prior, we will need to replace all rail clips (listed in this report) for cars B through D for all floors through 19. I have attached a change notice for the material and labor portion of this work.

*(See attached file: 10K SM - CO 7.pdf) (See attached file: 10k Damage Report.pdf)*

Please let me know if you have any questions.

Regards,

Chris

---

Christopher Lape | Associate Superintendent
Phone 818.336.3074 | Mobile 818.335.9305 | Fax 818.336.3076
christopher.lape@us.schindler.com

Schindler Elevator Corporation | Existing Installations
16450 Foothill Blvd, Suite 200 | Sylmar, CA 91342, USA
www.us.schindler.com

---

Please consider your environment.

Schindler supports sustainable urban development with
safe, reliable and ecologically sound mobility solutions.

Keith Dancey ---03/24/2016 10:28:14 AM---Chris, I never received this report, please forward it to me so that I can keep the insurance compan

From: Keith Dancey <KDancey@swinerton.com>
To: "Christopher.Lape@us.schindler.com" <Christopher.Lape@us.schindler.com>,
Cc: Gino Capra <GCapra@swinerton.com>, Peter Ruiz <PRuiz@swinerton.com>
Date: 03/24/2016 10:28 AM
Subject: RE: 10K SM - Report on Elevator Damage

---

Chris,
I never received this report, please forward it to me so that I can keep the insurance company informed.

**Keith Dancey**

EXHIBIT
0297

1

SEC 00

Sr. Project Manager | Swinerton Builders
17731 Mitchel North | Suite 200 | Irvine, CA 92614
**T** 213.896.3423 | **F** 213.896.0027 | **C** 949.933.4560
kdancey@swinerton.com | www.swinerton.com
INTEGRITY | LEADERSHIP | PASSION | EXCELLENCE

**From:** Christopher.Lape@us.schindler.com [mailto:Christopher.Lape@us.schindler.com]
**Sent:** Tuesday, February 23, 2016 4:43 PM
**To:** Keith Dancey
**Cc:** Gino Capra; Peter Ruiz
**Subject:** Re: 10K SM - Report on Elevator Damage

Keith,
Our regional supervisor was onsite last week. He should be finalizing a report very soon. As of now, it looks like the only items we need to replace, are the rail clips of cars B, C & D. I should be expecting this report either tomorrow or Thursday.

Regards,

Chris

Christopher Lape | Sales Representative
Phone 818.336.3074 | Mobile 818.335.9305 | Fax 818.336.3076
christopher.lape@us.schindler.com

Schindler Elevator Corporation | Existing Installations
16450 Foothill Blvd, Suite 200 | Sylmar, CA 91342, USA
www.us.schindler.com

Please consider your environment.

Schindler supports sustainable urban development with
safe, reliable and ecologically sound mobility solutions.

From: Keith Dancey <KDancey@swinerton.com>
To: "Christopher.Lape@us.schindler.com" <Christopher.Lape@us.schindler.com>,
Cc: Peter Ruiz <PRuiz@swinerton.com>, Gino Capra <GCapra@swinerton.com>
Date: 02/23/2016 11:48 AM
Subject: 10K SM - Report on Elevator Damage

Chris,
As I understand it from Roger, Schindler had an in-house expert come out to review the condition of the installed rails and brackets in the hoist way that was impacted by the concrete blowout. Can I please get some sort of official report stating his findings? I need to send something to the insurance company regarding the status/observed damage to your elevator components.

Thanks,

**Keith Dancey**
**Sr. Project Manager | Swinerton Builders**
17731 Mitchel North | Suite 200 | Irvine, CA 92614
**T** 213.896.3423 | **F** 213.896.0027 | **C** 949.933.4560
kdancey@swinerton.com | www.swinerton.com
INTEGRITY | LEADERSHIP | PASSION | EXCELLENCE

2

**SEC 001133**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Notice: The information contained in this message is intended only for use of the individual(s) named above and may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you are not the intended recipient of this message you are hereby notified that you must not use, disseminate , copy it in any form or take any action in reliance of it. If you have received this message in error please delete it and any copies of it and notify the sender immediately.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SEC 001134



16450 Foothill Blvd Suite 200
Sylmar, CA 91342
Ph: 818-336-3074
Christopher.lape@us.schindler.com



## SUBCONTRACTOR CHANGE ORDER

**To:**   Swinerton Builders
865 South Figueroa St., Suite 3000
Los Angeles, CA 90017
("Contractor")

Date Issued:     March 29, 2016
Change Order #:  7

Contract No.:     13050092
Contract Date:    June 26, 2014
Schindler Project No.:779249
Project: 10000 Santa Monica

Previous Contract Amount:      $4,075,489.00
x Add this Change Order:  $24,567.45

NEW CONTRACT AMOUNT:      $4,100,056.00

This Change Order is issued pursuant to our Subcontract as it relates to changes in the work and shall not be effective until executed below by an authorized representative of the Contractor.  Upon execution of this Change Order by an authorized representative of Contractor, the Subcontractor is directed to proceed with the work described below.  This proposal is valid for 30 days.

### Change Order Description:

**Provide labor and material to replace elevator rail clips for passenger elevators B through D.  These rail clips have been compromised / damaged from the concrete accident occurring on December 2nd, 2015.  This change order includes all labor, material, engineering hours, freight and sales tax to complete the installation.**

Subcontractor agrees to perform the above changed work.  Schedule impact is to be determined once work is resumed and mutually agreed schedule adjustments and costs are established.

Contractor approves this Change Order to the extent of the scope of work and adjustments to the Contract Sum and mutually agreed changes to schedule for the Work provided herein.

Accepted:
**Schindler Elevator Corporation**

By: _____

Print Name: Brett Morris

Title: District Manager

Accepted:
**Swinerton Builders**

By: _____

Print Name: Keith Dancey

Title: Senior Project Manager

# Damage Report



**Schindler**

---

**Schindler Elevator Co- TRT Highrise Traction Support- Morristown, NJ**

---

| James Hayden 2.18.2016 | 10K Santa Monica Los Angeles, CA | H5001 |
|---|---|---|
| | 2.18.2016 | **Page 1/6** |

| | | |
|---|---|---|
| **TO:** | **Ralph Testa Jr.** | **SEC** |
| | **Christopher Lape** | **SEC** |
| | **Denis Davis** | **SEC** |
| **Cc:** | **Florian Wieland** | **SEC** |
| | **Robert Blum** | **SEC** |
| | **Pritesh Thacker** | **SEC** |

---

## 1.   OCCASION

   Per the request of the local office and Schindler S7000 installation support and quality assurance standards I traveled to Los Angeles to conduct damage assessment due to concrete form failure on the 10k Santa Monica Project. This failure resulted in multiple yards of concrete coming down the shaft and impacting multiple components of the elevator, to which as per S7000 initiatives requires the local office to have an inspection conducted prior to commencement of installation.

## 2.   ASSESSMENT

   During my visit the observed and inspected amount of damage was found to be quite extreme affecting multiple components of the elevator system. During this assessment I did give corrective actions to the field and office. I also document all corrections required to meet Schindler S7000 standards and will be conducting a follow up visit to ensure repairs are complete and correct. All documented damage and corrections can be found below under section 3 findings and action items. With the amount of damage and work required to repair components I have also asked the local team to provide a labor cost to be tracked along with the material.

SEC 001136

# Damage Report



**Schindler**

### 3. FINDINGS/ACTION ITEMS

Below you will find a list of all damage findings with corrective actions.

**A)** Starter rails experienced significant damage when concrete impacted the false car (pictured below). Team is questioning whether these will need to be replaced. In addition there are some signs of some minor surface scratches throughout the shaft.



Damage caused by concrete impact to false car setting knurl rollers. 2 rails multiple locations.

Minor surface damage to be cleaned/repaired throughout shaft.



**\*\*\*Action –** I have assed location and amount of damage and concluded replacement of starter rails is not necessary. Site foreman to ensure team cleans/repairs surface damage without compromising the quality of the rail.

**B)** Rail clips experienced significant damage from impact of concrete/debris and during clean up (at no fault to the field). This will result in replacement and extra labor requirements for clean up and repair of clip components. Please see pictures and comments below.





Typical condition of clips prior to cleaning.

Tab keeps designed to only be used once will need to be bent back to remove clip. All tabs must be replaced .

SEC 001137

# Damage Report







Typical condition of inner eccentric after cleaning without removal of clip.



Condition of inner components with outer clip removed.

Inner eccentrics showing signs of damage after cleaning.





**Guide rail fastening**

**A:**
► Upon aligning the guide rail manually, insert the sliding clip (4), the pre tensioning device with locking plate (3) and the hex nut (2).
► Manually tighten the hex nut (2).

1  Guide rail
2  Hex nut
3  Locking plate
4  Sliding clip GRS7



**B:**
► Turn the nut (1) 180° only.
► Bend the locking plate (2).

1  Hex nut
2  Locking plate

Clip set up and installation procedure.

    ***Action –** Due to the amount of debris and damage to inner eccentric and threaded components the clips will not be able to be installed as per specifications (shown above) therefore compromising functionality of the clip. Due to the extensive damage to components and the configuration of said components all clips impacted by debris will require replacement.

    **C)** Pit line keeps and GRIK tooling was compromised to the point of complete replacement.





SEC 001138

# Damage Report



***Action –** Due to extreme lead times it is best for the local team to have replacements manufactured locally.

**D)** False car experienced a direct impact from falling debris.




***Action –** Due to safety and certification requirements damages are not repairable. Replace entire false car assembly.

**E)** Overhead hoisting and rigging components were also impacted by debris.







| Capstan Hoist / Tugger | Rope and rigging blocks | Lean-to Beams |

***Action –** Local team to inspect all components and replace as needed.

**F) Hoist way over head protection/screening suffered significant damage.**




Condition of protection prior to incident.

Current condition of protection.

***Action –** Repair and replace as needed.

SEC 001139

# Damage Report



****This Page left intentionally blank...****

SEC 001140

# Damage Report



SEC 001141