EXHIBIT 43



## SM 10000 Property, LLC and Swinerton Builders v. Allianz Global Risks US

| Xpera Group Preliminary Analysis of Damages | | Policy Categories | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 1. Direct | 2. Expediting | 3. Debris Removal | 4. Temp Repairs | 5. GC's Extra Expense | Unrelated | |
| Description | Source | Direct physical loss or damage to insured property | Extra costs to expedite permanent repair or replacement of damaged property, and acceleration | Cost for removal and demolition of damaged property | Reasonable additional cost to carry out temporary repairs in order to allow the work to continue | Excess costs to continue scheduled progress of undamaged work including re-sequencing | Additional costs not directly attirbutable to loss event | Total Related Costs |
| All Area Plumbing CO No. 13050092-007-024 | SB30112546-547 | | | | | $262,852 | -$55,852 | $262,852 |
| ACSS CO No. 13050092-035-020 | MMD 00004189-239 | | | | | $5,230 | $39,096 | $5,230 |
| Bali Construction CO No. 13050092-038-016 | MMD 00004962-968 | | $4,511 | | | $5,586 | $43,665 | $10,097 |
| Bapko Metal Inc. CO No. 13050092-061-011 | MMD 00005474-568 | | | | | $3,992 | $90,135 | $3,992 |
| Borbon Inc. CO No. 13050092-033-011 | MMD 00005753-759 | | | | | $271,564 | | $271,564 |
| Borbon Inc. CO No. 13050092-033-012 | MMD 00005759-778 | | $2,120 | | | | $8,411 | $2,120 |
| Borbon Inc. CO No. 13050092-033-014 | MMD 00005830-835 | | | | | $74,063 | | $74,063 |
| Borbon Inc. CO No. 13050092-033-015 | MMD 00005836-841 | | | | | $96,893 | | $96,893 |
| Borbon Inc. CO No. 13050092-033-016 | MMD 00005842-847 | | | | | $150,000 | | $150,000 |
| Borbon Inc. CO No. 13050092-033-017 | MMD 00005848-902 | | $65,205 | | | $320,835 | $13,330 | $386,040 |
| Borbon Inc. CO No. 13050092-033-018 | MMD 00005903-983 | | | | | $450,551 | | $450,551 |
| Borbon Inc. CO No. 13050092-033-019 | SB40005411-430 | | | | | $208,930 | | $208,930 |
| Borbon Inc. CO No. 13050092-033-020 | MMD 00005984-989 | | | | | $400,000 | | $400,000 |
| Borbon Inc. CO No. 13050092-033-021 | SB40005746-747 | | | | | $440,000 | $260,000 | $440,000 |
| Brightview CO No. 13050092-041-009 | SB40005459-460 | | | | | $5,818 | $104,182 | $5,818 |
| Cattrac Construction Inc. CO No. 13050092-003-017 | MMD 00006610-707 | | | | | $4,650 | -$23,235 | $4,650 |
| Component West CO No. 13050092-020-045 | SB40090450-451 | | | | | $353,737 | -$139,736 | $353,737 |
| Component West CO No. 13050092-020-041 | MMD 00007566-578 | | $164,758 | | | | $11,606 | $164,758 |
| Critchfield Mechanical CO No. 13050092-019-014 | SB30112593-594 | | $150,957 | | | $270,000 | -$15,957 | $420,957 |
| Crown Fence Co. Extended General Conditions | SB30113563 | | | | | $15,468 | | $15,468 |
| Cupertino CO No. 13050092-005-024 | SB30112537-545 | $2,857 | | | $14,000 | | | $16,857 |
| Cupertino CO No. 13050092-005-025 | SB40126113-115 | | $261,428 | | | $1,871,031 | $554,508 | $2,132,459 |
| ISEC Inc. CO No. 13050092-028-026 | MMD 00009486-491 | | | | | $19,334 | | $19,334 |
| ISEC Inc. CO No. 13050092-028-028 | MMD 00009499-519 | | | | | $111,408 | | $111,408 |
| ISEC Inc. CO No. 13050092-028-029 | MMD 00009520-555 | | | | | $344,128 | | $344,128 |
| ISEC Inc. CO No. 13050092-028-031 | MMD 00009566-576 | | $19,274 | | | $19,120 | $139,977 | $38,394 |
| ISEC Inc. CO No. 13050092-028-032 | SB30112548-592 | | | | | $209,635 | | $209,635 |
| ISEC Inc. CO No. 13050092-028-033 | SB40005479-479 | | | | | $195,074 | $2,684 | $195,074 |
| ISEC Inc. CO No. 13050092-028-034 | SB40005469 | | | | | $153,100 | | $153,100 |
| ISEC Inc. CO No. 13050092-028-035 | SB40006299-300 | | | | | $35,749 | | $35,749 |
| Jangho CO No. 13050092-014-017 | SB30112597-598; SB30113590; SB30113591-SB30113594; SB30113595 | | $100,000 | | | $126,387 | -$982,798 | $226,387 |
| J&M CO No. 13050092-024-014 | MMD 00009860-867 | | | | | $22,865 | $107,768 | $22,865 |
| Kember CO No. 13050092-049-005 | SB40006058-059 | | | | | $1,100 | $348,900 | $1,100 |
| Schindler CO No. 13050092-022-012 | MMD 00010455-461 | $72,117 | $113,670 | | | | | $185,787 |
| Schindler CO No. 13050092-022-008 | MMD 00010424-430 | | $175,000 | | $8,795 | | | $183,795 |
| Schindler CO No. 13050092-022-009 | MMD 00010431-437 | $189,648 | $158,650 | | | | | $348,298 |
| El Prado Cleaning Service CO No. 13050092-072-003 | SB40090428-434 | $6,388 | | $22,274 | | $191,124 | | $219,786 |
| El Prado Cleaning Service CO No. 13050092-072-004 | SB40090421-427 | | | | $246,435 | $23,759 | | $270,193 |
| El Prado Cleaning Service CO No. 13050092-072-005 | SB40006577 | | | | | $42,053 | | $42,053 |

| Xpera Group Preliminary Analysis of Damages | | Policy Categories | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 1. Direct | 2. Expediting | 3. Debris Removal | 4. Temp Repairs | 5. GC's Extra Expense | Unrelated | |
| Description | Source | Direct physical loss or damage to insured property | Extra costs to expedite permanent repair or replacement of damaged property, and acceleration | Cost for removal and demolition of damaged property | Reasonable additional cost to carry out temporary repairs in order to allow the work to continue | Excess costs to continue scheduled progress of undamaged work including re-sequencing | Additional costs not directly attributable to loss event | Total Related Costs |
| El Prado Cleaning Service CO No. 13050092-072-006 | SB40006604-605 | | | $12,675 | | | | $12,675 |
| Sheedy Drayage Co. Extended General Conditions - Hoist | SB30113629 | | $399,036 | | | | | $399,036 |
| Sheedy Drayage Co. Extended General Conditions - Hoist Operator | SB30113628 | | $238,889 | | | | | $238,889 |
| SMG Stone Company CO No. 13050092-029-027 | SB30039559-642 | | | | | $6,222 | $105,090 | $6,222 |
| SMG Stone Company CO No. 13050092-029-028 | SB30039643-649 | | | | | $83,945 | -$13,510 | $83,945 |
| SMG Stone Company CO No. 13050092-029-029 | MKA 00001968-974 | | | | | $68,547 | | $68,547 |
| SMG Stone Company CO No. 13050092-029-030 | MKA 000001989-994 | | | | | $40,000 | | $40,000 |
| SMG Stone Company CO No. 13050092-029-033 | MKA 00002009-077 | | | | | $19,087 | $63,158 | $19,087 |
| SMG Stone Company CO No. 13050092-029-034 | MKA 00002078-083 | | | | | $50,000 | | $50,000 |
| SMG Stone Company CO No. 13050092-029-035 | MKA 00002084-093 | | | | | $51,000 | -$17,706 | $51,000 |
| SMG Stone Company CO No. 13050092-029-036 | SB30112595-596 | | | | | $1,247 | $11,456 | $1,247 |
| SMG Stone Company CO No. 13050092-029-037 | SB40005785 | | | | | $34,182 | | $34,182 |
| Spectrum CO No. 13050092-054-011 | SB028414-454 | | | | | $24,511 | $20,521 | $24,511 |
| Spectrum CO No. 13050092-054-014 | SB054459-475 | | | | | $7,592 | $98,707 | $7,592 |
| Swinerton Extended GCs and General Requirements | SB30113514 SB30113515 SB30113516 SB30113517 SB30113518 SB30113519 SB30113520 SB30113521 SB30113508 SB30113509 SB30113510 SB30113511 SB30113512 SB30113513 SB30113522 SB30113523 SB30113608 SB30113524 SB30113525 SB30113526 SB30113527 SB30113528 SB30113529 SB30113530 SB30113531 SB30113532 SB30113533 SB30113534 SB30113535 SB30113536 SB30113537 SB30113538 SB30113725 SB30113726 SB30113734 | $299,885 | $326,341 | | | $3,205,442 | | $3,831,668 |
| Troyer CO No. 13050092-034-021 | SB40005808-809 | | | | | $650 | $94,350 | $650 |
| Visible Graphics Inc. CO No. 13050092-066-002 | MMD 00011416-447 | | | | | $9,157 | $8,486 | $9,157 |
| Category Subtotals: | | $570,895 | $2,179,840 | $34,949 | $269,230 | $10,307,616 | $877,237 | $13,362,530 |

| Burden / Markup: | | | | | | | |
|---|---|---|---|---|---|---|---|
| Subguard (1.15%) | $6,565.30 | $25,068.16 | $401.91 | $3,096.14 | $118,537.59 | $10,088.23 | $153,669.09 |
| PLPD (0.3%) | $1,712.69 | $6,539.52 | $104.85 | $807.69 | $30,922.85 | $2,631.71 | $40,087.59 |
| GRT (0.13%) | $742.16 | $2,833.79 | $45.43 | $350.00 | $13,399.90 | $1,140.41 | $17,371.29 |
| IT (0.19%) | $1,084.70 | $4,141.70 | $66.40 | $511.54 | $19,584.47 | $1,666.75 | $25,388.81 |
| OH&P (5%) | $28,544.76 | $108,991.98 | $1,747.45 | $13,461.48 | $515,380.82 | $43,861.85 | $668,126.49 |
| Jobsite Bonus | | | | | | | $769,641 |
| Grand Totals: | $609,545 | $2,327,415 | $37,315 | $287,456 | $11,005,442 | $936,626 | $15,036,814 |

**General Notes:**

- Per discussion with Keith Dancey, PCI Code 741 included any work associated with resequencing of activities as a direct result of impacts caused by the Loss Event on 12/2/15. This includes unintended or unanticipated trade damage repairs caused by multiple trades revisiting units to complete contract work according to the unit leasing matrix, rather than floor by floor, as planned prior to the Loss Event.

- Per discussion with Keith Dancey, PCI Code 0650 included premium time and other costs associated with acceleration of work as a direct result of impacts caused by the Loss Event on 12/2/15. This includes work associated with late removal of the manlift, closure of the zipper units, and work required to meet revised TCO #2 criteria.

**Swinerton Extended General Conditions and General Requirements - by Category:**

**1. Direct** - Includes "Elevator Insurance Claim Labor" (SB30113522) and "Elevator Insurance Claim Materials" (SB30113523)

**2. Expediting** - Includes "Temp Cranes Operator" (SB30113725), "Temp Cranes" (SB30113726), and "Temp Cranes #2" (SB30113538)

**5. GC's Extra Expense** - Includes all other referenced costs produced by Swinerton.