UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SM 10000 PROPERTY, LLC, et al.,

Plaintiffs,

v.

ALLIANZ GLOBAL RISKS US INSURANCE COMPANY,

Defendant.

Case No. 19-cv-03054-PJH

**ORDER KEEPING HEARING ON CALENDAR**

Re: Dkt. No. 104

The court is in receipt of defendant's January 22, 2021 letter requesting that it strike third-party Christopher Lape's ("Lape") revised deposition testimony or continue the January 28, 2021 hearing and permit defendant leave to further depose Lape about his changes in testimony. Dkt. 104. The court **DENIES** defendant's request to continue the January 28, 2021 hearing on the parties' cross-motions for summary judgment. Defendant's substantive requests to strike Lape's revised testimony or permit it leave to further depose Lape about the changes is taken under submission. The court directs the parties *not* to file additional documents pertaining to the cross-motions before their hearing. At the hearing, plaintiffs should be prepared to explain why the court should not strike Lape's revised testimony and, alternatively, why the court should not permit defendant leave to further depose Lape to clarify the subject changes.

**IT IS SO ORDERED.**

Dated: January 24, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge