UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SM 10000 PROPERTY, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY,<br><br>Defendant. | Case No. 19-cv-03054-PJH<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, this matter is referred for random assignment of a Magistrate Judge to conduct a settlement conference by **June 9, 2021**, if possible, or, if not possible, at the earliest convenience of the assigned judge. The parties will be advised of the date, time, place, and method of appearance by notice from the assigned judge. The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned judge within 21 days.

**IT IS SO ORDERED.**

Dated: April 7, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge

cc: MagRef, Assigned M/J, counsel of record