ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
VALENTINE S. HOY (BAR NO. 121766)
TIMOTHY M. HUTTER (BAR NO. 267949)
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: vhoy@allenmatkins.com
        thutter@allenmatkins.com

BLANK ROME LLP
LINDA KORNFELD (BAR NO. 155765)
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Phone: (424) 239-3824
Fax: (424) 239-3434
E-mail: lkornfeld@blankrome.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SM 10000 PROPERTY, LLC, a Delaware limited liability company and SWINERTON BUILDERS, a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY and DOES 1 through 10,<br><br>Defendant. | Case No. 19-cv-03054-PJH<br><br>Judge Hon. Phyllis J. Hamilton<br><br>**DECLARATION OF TED BUMGARDNER IN SUPPORT OF PLAINTIFFS'** ***DAUBERT*** **MOTION TO EXCLUDE EXPERT TESTIMONY OF J.S. HELD**<br><br>Date: September 16, 2021<br>Time: 2:00 p.m.<br>Ctrm: 3<br><br>Trial Date: October 18, 2021 |

1. I, Ted Bumgardner, am the founder, Chief Executive Officer, and Responsible Managing Officer of Xpera Group, a California Corporation specializing in providing consulting services to the building industry. Xpera Group has been retained by the law firm Allen Matkins Leck Gamble Mallory & Natsis LLP on behalf of Swinerton Builders and SM 10000 Property, LLC to evaluate the impact of physical damage caused by a concrete form failure on the completion of the project and delivery of all 283 residential units for occupancy by tenants at 10000 Santa Monica Place, Los Angeles, CA.

2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

3. I am a licensed General Contractor in the State of California. Over the past 40 years I have actively managed and provided consulting services in regard to hundreds of projects involving schedule delays and associated damages. I am familiar with the standards governing construction scheduling and contractual requirements relating to construction delay claims.

4. I am familiar with the following documents attached to my Declaration.

5. Attached hereto as **Exhibit A** is a true and correct, excerpted copy of the Association for the Advancement of Cost Engineering ("AACE") International Recommended Practice No. 29R-03, Forensic Schedule Analysis, dated April 25, 2011.

6. Attached hereto as **Exhibit B** is a true and correct, excerpted copy of Delay and Disruption Protocol, 2nd edition, February 2017, by the UK-based Society of Construction Law.

7. Attached hereto as **Exhibit C** is a true and correct, excerpted copy of a publication from Swiss Reinsurance Company Ltd. ("Swiss Re") entitled Delay in Start-up Insurance, copyrighted 2003.

8. Attached hereto as **Exhibit D** is a true and correct copy of an article by Iftikhar Ali entitled Delay in Start Up Insurance and Delay Analysis Techniques, dated December 11, 2017.

9. Attached hereto as **Exhibit E** is a practice note entitled Delay in Start Up Insurance from the London Market Working Party 2012, supported by the International Association of Engineering Insurers and The London Engineering Group.

I declare under penalty of perjury under the laws of the state of California and the United States that the foregoing is true and correct and that this Declaration was executed by me on this 16th day of August, 2021 at BAINBRIDGE ISLAND, Washington.

_____
Ted Bumgardner