ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
VALENTINE S. HOY (BAR NO. 121766)
TIMOTHY M. HUTTER (BAR NO. 267949)
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: vhoy@allenmatkins.com
thutter@allenmatkins.com

BLANK ROME LLP
LINDA KORNFELD (BAR NO. 155765)
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Phone: (424) 239-3824
Fax: (424) 239-3434
E-mail: lkornfeld@blankrome.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SM 10000 PROPERTY, LLC, a Delaware limited liability company and SWINERTON BUILDERS, a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY and DOES 1 through 10,<br><br>Defendant. | Case No. 19-cv-03054-PJH<br><br>Judge Hon. Phyllis J. Hamilton<br><br>**DECLARATION OF VALENTINE S. HOY IN SUPPORT OF PLAINTIFFS' *DAUBERT* MOTION TO EXCLUDE EXPERT TESTIMONY OF J.S. HELD WITNESSES**<br><br>Date: September 16, 2021<br>Time: 2:00 p.m.<br>Ctrm: 3<br><br>Trial Date: October 18, 2021 |

1. I, Valentine S. Hoy, am a partner of the Allen Matkins law firm, counsel of record for plaintiffs SM 10000 Property, LLC ("Owner") and Swinerton Builders ("Swinerton"). I am licensed to practice law in California and admitted to practice before this Court. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On April 25, 2019, Allianz Executive General Adjuster, Lourdes Reyes sent a letter to me as counsel for Owner denying benefits under the builder's risk policy (the "Policy") for the Ten Thousand Santa Monica Boulevard project (the "Project").

3. On August 27, 2020, I defended the deposition of Keith Dancey. A true and correct, excerpted copy of the deposition transcript is attached hereto as **Exhibit A**.

4. On July 29, 2020, I took the deposition of Lisa Enloe. A true and correct, excerpted copy of the deposition transcript is attached hereto as **Exhibit B**.

5. On August 24, 2020, I defended the deposition of Ray Haj in his capacity as a percipient witness. A true and correct, excerpted copy of the deposition transcript is attached hereto as **Exhibit C**.

6. On November 25, 2020, I took the deposition of Jonathon C. Held in his capacity as a percipient witness. A true and correct, excerpted copy of the deposition transcript is attached hereto as **Exhibit D**.

7. On November 25, 2020, I took the deposition of Jonathon C. Held in his capacity as an expert witness designated by Allianz. A true and correct, excerpted copy of the deposition transcript is attached hereto as **Exhibit E**.

8. On May 5, 2021, my colleague, Timothy Hutter, defended the deposition of Christopher Lape. A true and correct, excerpted copy of the deposition transcript is attached hereto as **Exhibit F**. A true and correct, excerpted copy of a collection of Schindler time cards introduced as Exhibit 318 at Mr. Lape's deposition is attached hereto as **Exhibit G**.

9. On October 15, 2020, I defendant the deposition of Christopher Palermo. A true and correct, excerpted copy of the deposition transcript is attached hereto as **Exhibit H**.

10. On August 5, 2020, I took the deposition of Jonathan Perry. A true and correct, excerpted copy of the deposition transcript is attached hereto as **Exhibit I**.

11. On September 1, 2020, I defended the deposition of Peter Ruiz in his capacity as a Rule 30(b)(6) witness for Swinerton Builders. A true and correct, excerpted copy of the deposition transcript is attached hereto as **Exhibit J**.

12. On December 3, 2020, I took the deposition of Granger Stuck. A true and correct, excerpted copy of the deposition transcript is attached hereto as **Exhibit K**.

13. On October 26, 2020, Allianz served its Expert Disclosure on me. A true and correct copy of the disclosures, excluding exhibits, is attached hereto as **Exhibit L**.

14. A true and correct copy of the Expert Report of Granger Stuck, excluding attachments, dated October 26, 2020, is attached hereto as **Exhibit M**.

15. On November 16, 2020, Allianz served its Disclosure of Rebuttal Experts on me. A true and correct copy of the disclosures, excluding exhibits, is attached hereto as **Exhibit N**.

16. A true and correct copy of the Rebuttal Expert Report of Granger Stuck, excluding exhibits, dated November 16, 2020, is attached hereto as **Exhibit O**.

17. A true and correct copy of the Rebuttal Expert Report of Jonathon Held, dated November 9, 2020, is attached hereto as **Exhibit P**.

18. A true and correct copy of an article entitled Builders Risk, Measuring Delay by Jonathon Held and Lisa Enloe is attached hereto as **Exhibit Q**.

19. A true and correct copy of a 2020 article entitled A Comparison of Delay Analysis Methodologies in a Builder's Risk Context by Que-Anh Pham and Jonathan Perry, is attached hereto as **Exhibit R**.

20. I hereby attest that I have holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) as part of or accompanying Plaintiffs' Motion.

I declare under penalty of perjury under the laws of the state of California and the United States that the foregoing is true and correct and that this Declaration was executed by me on this 17th day of August, 2021 at San Diego, California.



____________________________
Valentine S. Hoy