VALENTINE S. HOY (BAR NO. 121766)
TIMOTHY M. HUTTER (BAR NO. 267949)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
One America Plaza
600 West Broadway, 27th Floor
San Diego, California 92101-0903
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: vhoy@allenmatkins.com
thutter@allenmatkins.com

LINDA KORNFELD (BAR NO. 155765)
BLANK ROME LLP
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Phone: (424) 239-3824
Fax: (424) 239-3434
E-Mail: lkornfeld@blankrome.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SM 10000 PROPERTY, LLC, a Delaware limited liability company and SWINERTON BUILDERS, a California Corporation,

Plaintiffs,

vs.

ALLIANZ GLOBAL RISKS US INSURANCE COMPANY and DOES 1 through 10,

Defendant.

Case No. 19-CV-03054-PJH

Hon. Phyllis J. Hamilton

**[PROPOSED] ORDER ON PLAINTIFFS' *DAUBERT* MOTION TO EXCLUDE EXPERT TESTIMONY OF J.S. HELD WITNESSES**

Date: September 16, 2021
Time: 2:00 p.m.
Ctrm: 3

Trial Date: October 18, 2021

**[PROPOSED] ORDER**

Having considered Plaintiffs SM 10000 Property, LLC, and Swinerton Builders' ("Plaintiffs") *Daubert* Motion to Exclude Expert Testimony of J.S. Held Witnesses, Defendant Allianz Global Risks US Insurance Company's ("Defendant" or "Allianz") Opposition, Plaintiffs' Reply, and the parties' oral argument presented on September 16, 2021, and good cause having been shown, it is **HEREBY ORDERED** that:

1. Plaintiffs' *Daubert* Motion to Exclude Expert Testimony of J.S. Held Witnesses is **GRANTED**, *see* Fed. R. Evid. 702;

2. Granger Stuck, Lisa Enloe, Jonathan Perry, and Jonathon C. Held shall not provide expert testimony at trial, and Defendant shall not otherwise introduce Granger Stuck, Lisa Enloe, Jonathan Perry, or Jonathon C. Held's expert opinions at trial.

**IT IS SO ORDERED.**

Dated: September ___, 2021

______________________________
Phyllis J. Hamilton
District Judge of the United States District Court
for the Northern District of California