G. EDWARD RUDLOFF, JR. (SBN 56058)
DIANNE J. MECONIS (SBN 120895)
**FORAN GLENNON PALANDECH**
**PONZI & RUDLOFF PC**
200 Pringle Avenue, Suite 410
Walnut Creek, CA  94596
Telephone:     (925) 357-8640
Facsimile:      (510) 740-1501
E-mail:          erudloff@fgppr.com
                     dmeconis@fgppr.com

MATTHEW S. PONZI (*Pro Hac Vice*)
CHRISTOPHER M.H. SNOW (*Pro Hac Vice*)
**FORAN GLENNON PALANDECH**
**PONZI & RUDLOFF PC**
222 North LaSalle Street, Suite 1400
Chicago, IL  60601
Telephone:     (312) 863-5000
Facsimile:      (312) 863-5099
E-mail:          mponzi@fgppr.com
                     csnow@fgppr.com

Attorneys for Defendant ALLIANZ GLOBAL RISKS
US INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SM 10000 PROPERTY, LLC, a Delaware limited liability company and SWINERTON BUILDERS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 19-CV-03054-PJH<br><br>**DECLARATION OF CHRISTOPHER M. H. SNOW IN SUPPORT OF DEFENDANT'S MOTIONS *IN LIMINE***<br><br>**Accompanying Document:**<br>**Defendant's Motion *in Limine*** <br><br>**DATE:**     September 16, 2021<br>**TIME:**      2:00 p.m.<br>**CTRM.:**   Zoom Webinar<br><br>State Court Complaint Filed:  10/1/2019<br>Removal Date:                           6/3/2019<br>Trial Date:                                 10/18/2021 |

I, CHRISTOPHER M. H. SNOW, declare:

1. I am an attorney in the law firm of Foran Glennon Palandech Ponzi & Rudloff PC, attorneys of record in this action for Defendant Allianz Global Risks US Insurance Company ("Allianz"). I am admitted to practice before this Court for this particular case (*pro hac vice*).

2. I have personal knowledge of the matters stated herein based on my work on the above captioned case.

3. Fact discovery in this action closed on October 15, 2020.

4. Attached hereto as Exhibit A is a true and correct copy of the AMENDED FRCP 26 INITIAL DISCLOSURES OF PLAINTIFFS SM 10000 PROPERTY, LLC AND SWINERTON BUILDERS, INC. ("Amended Disclosures"), which were served on Allianz on July 27, 2021. The Amended Disclosures list at least seven new witnesses who have not been deposed.

5. Attached hereto as Exhibit B is a true and correct copy of the body of SM 10000 PROPERTY, LLC and SWINERTON BUILDER'S EXPERT DISCLOSURES ("Plaintiffs' Expert Disclosures") with Exhibit 1 to Plaintiffs' Expert Disclosures, which is the Report of Edward J. McKinnon.

6. Attached as Exhibit C to this Declaration are true and correct copies of excerpts of the transcript of the deposition of Christopher Palermo, which was taken in this action on October 15, 2020.

7. Attached as Exhibit D to this Declaration are true and correct copies of excerpts of the transcript of the deposition of Theodore Bumgardner, which was taken in this action on December 1, 2020.

8. Attached as Exhibit E to this Declaration are true and correct copies of excerpts of the transcript of the deposition of Jonathan J. Meir, which was taken in this action on October 9, 2020.

I declare under penalty of perjury under the laws of the state of Illinois and the United States that the foregoing is true and correct and that this Declaration was executed by me on this 19th day of August, 2021 at Chicago, Illinois.

           */s/ Christophter M.H.Snow*
           CHRISTOPHER M. H. SNOW