1  G. EDWARD RUDLOFF, JR. (SBN 56058)
   DIANNE J. MECONIS (SBN 120895)
2  **FORAN GLENNON PALANDECH
   PONZI & RUDLOFF PC**
3  200 Pringle Avenue, Suite 410
   Walnut Creek, CA  94596
4  Telephone:    (925) 357-8640
   Facsimile:    (510) 740-1501
5  E-mail:       erudloff@fgppr.com
                 dmeconis@fgppr.com
6
   MATTHEW S. PONZI (*Pro Hac Vice*)
7  CHRISTOPHER M.H. SNOW (*Pro Hac Vice*)
   **FORAN GLENNON PALANDECH
8  PONZI & RUDLOFF PC**
   222 North LaSalle Street, Suite 1400
9  Chicago, IL  60601
   Telephone:    (312) 863-5000
10 Facsimile:    (312) 863-5099
   E-mail:       mponzi@fgppr.com
11               csnow@fgppr.com

12 Attorneys for Defendant ALLIANZ GLOBAL RISKS
   US INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SM 10000 PROPERTY, LLC, a Delaware limited liability company and SWINERTON BUILDERS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, an Illinois corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 19-CV-03054-PJH<br><br>**DECLARATION OF CHRISTOPHER M. H. SNOW IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S DAUBERT MOTION TO PRECLUDE EXPERT TESTIMONY OF TED BUMGARDNER**<br><br>**DATE:**   September 16, 2021<br>**TIME:**    2:00 p.m.<br>**CTRM.:**   Zoom Webinar<br><br>State Court Complaint Filed:  10/1/2019<br>Removal Date:                        6/3/2019<br>Trial Date:                              10/18/2021 |

1
DECLARATION OF CHRISTOPHER M. H. SNOW IN SUPPORT OF DEFENDANT'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S DAUBERT MOTION TO PRECLUDE EXPERT TESTIMONY OF TED BUMGARDNER; Case No. 19-CV-03054-PJH

I, CHRISTOPHER M. H. SNOW, declare:

1. I am an attorney in the law firm of Foran Glennon Palandech Ponzi & Rudloff PC, attorneys of record in this action for Defendant Allianz Global Risks US Insurance Company ("Allianz"). I am admitted to practice before this Court for this particular case (*pro hac vice*).

2. I have personal knowledge of the matters stated herein based on my work on the above captioned case.

3. Attached as Exhibit A is a true and correct copy of excerpts of the deposition of Keith Dancey, which was taken in this action on August 27, 2020.

I declare under penalty of perjury under the laws of the state of Illinois and the United States that the foregoing is true and correct and that this Declaration was executed by me on this 2nd day of September, 2021 at Chicago, Illinois.

                                           */s/Christopher M. Snow*
                                           CHRISTOPHER M. H. SNOW