# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** September 16, 2021 (Time: 1 hour, 55 minutes)  **JUDGE:** Phyllis J. Hamilton

**Case No:** [19-cv-03054-PJH](19-cv-03054-PJH)
**Case Name:** SM 10000 Property, LLC, et al v. Allianz Global Risks US Insurance Company

| | |
|---|---|
| **Attorney(s) for Plaintiff:** | Valentine Hoy; Timothy Hutter; Linda Kornfeld; Catriona Lavery |
| **Attorney(s) for Defendant:** | Matthew Ponzi; Christopher Snow |

**Deputy Clerk:** Kelly Collins      **Court Reporter:** Raynee Mercado

### PROCEEDINGS

Pretrial Conference-Held via Zoom webinar. The Court handles preliminary issues with the parties. The Court hears argument and rules on motions in limine and Daubert motions. Motion to bifurcate is GRANTED as stated on the record as to reformation. Defense counsel will consult with client and inform the Court by Monday whether he will submit on the papers or a hearing will be necessary. Parties shall meet and confer, and file jointly prepared jury instructions based on model instructions with separate filings for instructions not included in the joint instructions. Trial is continued to 5/9/2022 for 10 days with 18 hours for each side. Trial may be advanced to 2/22/2022 if the Court's schedule permits. Counsel will be notified no later then 2 weeks in advance of the 2/22/2022 date if trial will go forward on that date.

**Order to be prepared by:**   [] Pl [] Def [X] Court

**Notes:**

cc: chambers