| | |
|---|---|
| VALENTINE S. HOY (BAR NO. 121766)<br>TIMOTHY M. HUTTER (BAR NO. 267949)<br>CATRIONA LAVERY (BAR NO. 310546)<br>ALLEN MATKINS LECK GAMBLE<br>  MALLORY & NATSIS LLP<br>One America Plaza<br>600 West Broadway, 27th Floor<br>San Diego, California 92101-0903<br>Phone: (619) 233-1155<br>Fax: (619) 233-1158<br>E-Mail: vhoy@allenmatkins.com<br>        thutter@allenmatkins.com<br>        clavery@allenmatkins.com | MATTHEW S. PONZI (*Pro Hac Vice*)<br>CHRISTOPHER M.H. SNOW (*Pro Hac Vice*)<br>FORAN GLENNON PALANDECH<br>  PONZI & RUDLOFF PC<br>222 North LaSalle Street, Suite 1400<br>Chicago, IL 60601<br>Telephone: (312) 863-5000<br>Facsimile: (312) 863-5099<br>E-mail: mponzi@fgppr.com<br>        csnow@fgppr.com<br><br>Attorneys for Defendant<br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY |

LINDA KORNFELD (BAR NO. 155765)
BLANK ROME LLP
2029 Century Park East, 6th Floor
Los Angeles, CA 90067
Phone: (424) 239-3824
Fax: (424) 239-3434
E-Mail: lkornfeld@blankrome.com

Attorneys for Plaintiffs
SM 10000 PROPERTY, LLC, and
SWINERTON BUILDERS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SM 10000 PROPERTY, LLC, a Delaware limited liability company and SWINERTON BUILDERS, a California Corporation,<br><br>              Plaintiffs,<br><br>       vs.<br><br>ALLIANZ GLOBAL RISKS US INSURANCE COMPANY and DOES 1 through 10,<br><br>              Defendant. | Case No. 19-CV-03054-PJH<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge Hon. Phyllis J. Hamilton |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs SM 10000 PROPERTY, LLC, a Delaware limited liability company, and SWINERTON BUILDERS, a California Corporation, and Defendant ALLIANZ GLOBAL RISKS US INSURANCE COMPANY, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be **dismissed with prejudice**, with each party bearing its own attorneys' fees, costs, and expenses.

**IT IS SO STIPULATED.**

Dated: July 5, 2022            ALLEN MATKINS LECK GAMBLE
                               MALLORY & NATSIS LLP

                               By:     */s/* Timothy M. Hutter
                               VALENTINE S. HOY
                               TIMOTHY M. HUTTER
                               CATRIONA LAVERY
                               Attorneys for Plaintiffs


Dated: July 5, 2022            FORAN GLENNON PALANDECH
                               PONZI & RUDLOFF PC

                               By:     */s/* Christopher M.H. Snow
                               MATTHEW S, PONZI
                               CHRISTOPHER M.H. SNOW
                               Attorneys for Defendant

Pursuant to L.R. 5-1(i)(3), I, Timothy M. Hutter, attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing content and have authorized the filing.

Executed on July 5, 2022, at San Diego, California

                                       */s/* Timothy M. Hutter
                               TIMOTHY M. HUTTER